THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHNNY MCMURRY, JR., | CASE NO. C25-0824-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| NEIDERS COMPANY LLC, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

By prior minute order, the Court referred Plaintiff's requests for the appointment of counsel (Dkt. Nos. 7, 12) to the Pro Bono Screening Committee. (*See* Dkt. No. 17.)[1] The Committee has since considered Plaintiff's request and declined to appoint counsel. Thus, the Court will take no further action on the matter and the Clerk is DIRECTED to terminate Plaintiff's motions seeking appointment (Dkt. Nos. 7, 12).

//

//

//

---

[1] An individual has no right to appointed counsel in civil matters. *See Storseth v. Spellman*, 654 F.2d 1349, 1353 (9th Cir. 1981).

MINUTE ORDER
C25-0824-JCC
PAGE - 1

DATED this 25th day of August 2025.

                                              <u>Ravi Subramanian</u>
                                              Clerk of Court

                                              <u>s/Kadya Peter</u>
                                              Deputy Clerk