THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHNNY MCMURRY, JR., <br><br> Plaintiff, <br><br> v. <br><br> NEIDERS COMPANY LLC, *et al.*, <br><br> Defendants. | CASE NO. C25-0824-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

On September 26, 2025, the Court struck various proposed amended complaints and granted Plaintiff leave to file one final amended complaint. (*See* Dkt. No. 38 at 3.) The Court indicated that such amendment was due within 14 days. (*Id.*) On October 11, 2025, Plaintiff asked to extend that deadline to October 17, 2025. (Dkt. No. 39.) Finding good cause, the deadline is so extended. Plaintiff's amended complaint is now due no later than October 17, 2025.

//
//
//
//

MINUTE ORDER
C25-0824-JCC
PAGE - 1

DATED this 14th day of October 2025.

Ravi Subramanian  
Clerk of Court

s/Kathleen Albert  
Deputy Clerk